UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re**

**LESTER ALAN EUELL**             **CASE NO. 13-06018-BKC-3G7**

      **Debtor.**

## ORDER GRANTING TRUSTEE'S
## MOTION TO DISMISS CASE WITH PREJUDICE

THIS CASE is before the Court on the Amended Trustee's Motion to Dismiss Case with Prejudice. The Court finds as follows:

1. This case was filed October 3, 2013 and the initial meeting of creditors was scheduled for November 22, 2013 at 8:30 a.m. The debtor failed to appear at the meeting of creditors and provided no documents to the trustee.

2. The trustee filed a motion to dismiss the case for failure to attend the meeting of creditors. The court dismissed the case on December 11, 2013.

3. Subsequently, the debtor, through attorney Michael Saracco, filed a motion to vacate the order of dismissal. In the motion to vacate the order of dismissal, attorney Saracco indicated that all necessary documents would be sent to the trustee.

4. The second meeting of creditors was scheduled for April 11, 2014 at 8:30 a.m. Neither the debtor nor his attorney appeared at the meeting and the trustee was provided no documents.

Page 2/Case No: 13-06018-3G7

5. The Court finds that the debtor willfully failed to appear at the meetings of creditors to prosecute this case. Accordingly, this case should be dismissed with prejudice.

Wherefore, it is ORDERED:

1. This case is dismissed with prejudice for 180 days from the date of this order.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted.

DONE and ORDERED in Jacksonville, Florida, this 16th day of June, 2014

_____

**PAUL M. GLENN**
**United States Bankruptcy Judge**

Trustee Gregory K. Crews is directed to serve a copy of this order on interested parties and file a Proof of Service within 3 days of entry of the order.

Copies furnished to:
All Interested Parties